UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 15, 2019[1]

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JACOB WALLACE, | : | VIOLATION: |
| | : | 18 U.S.C. § 844(i) |
| Defendant. | : | (Arson) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about April 25, 2019, within the District of Columbia, **JACOB WALLACE**, maliciously damaged and destroyed, or attempted to damage and destroy, by means of fire and explosive materials, the building and its contents at 700 Pennsylvania Avenue, NW, Washington, DC, the property of the United States government.

(**Arson**, in violation of Title 18, United States Code, Section 844(i))

A TRUE BILL:

FOREPERSON.

*Jessie K. Liu*
Attorney of the United States in
and for the District of Columbia.

---

[1] This grand jury was empaneled in the Superior Court of the District of Columbia and returned this indictment pursuant to its authority under D.C. Code § 11-1916(a).