10876277

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:19-cr-00151 |
| JACOB WALLACE | ) | Assigned To : Judge Thomas F. Hogan |
| | ) | Assign. Date : 5/6/2019 |
| | ) | Description: INDICTMENT (B) |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

RECEIVED MAY 6 '19
U.S. MARSHAL-DC PH3:36

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JACOB WALLACE                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i) (Arson)

**FILED**

MAY 0 8 2019

Clerk, U.S. District and
Bankruptcy Courts

Date:    05/06/2019

_____
*Issuing officer's signature*

City and state:    WASHINGTON, DC                         G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/06/2019 , and the person was arrested on *(date)* 05/08/2019
at *(city and state)* Washington, D.C.

Date: 5/8/19

_____
*Arresting officer's signature*

Pritchard 31362
*Printed name and title*