# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | :   CR No. 19-151 (TFH) |
| **JACOB WALLACE,** | : |
| **Defendant.** | : |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the attorney specified below.   Please send all notices and inquires to this attorney at the address listed.

                                           Respectfully submitted,

                                           A.J. KRAMER
                                           FEDERAL PUBLID DEFENDER


                                           _____"/s/"_____
                                           MICHELLE PETERSON
                                           Chief Assistant Federal Public Defender
                                           625 Indiana Ave., NW
                                           Suite 550
                                           Washington, DC   20004
                                           (202) 208-7500
                                           shelli_peterson@fd.org