UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-CR-151 (TFH) |
| v. | : | |
| JACOB WALLACE, | : | VIOLATION: |
| | : | 18 U.S.C. § 1361 |
| Defendant. | : | (Destruction of Government Property) |

## INFORMATION

The United States Attorney informs the court that:

### COUNT ONE

On or about April 25, 2019, within the District of Columbia, **JACOB WALLACE**, willfully and by means of fire and explosive materials, did injure and commit a depredation against The National Archives Building located at 700 Pennsylvania Avenue, NW, Washington, D.C., property of the United States and of any department or agency thereof, specifically the National Archives and Records Administration, and the resulting damage was approximately $15,000.

(**Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
ANDREW FLOYD
Assistant United States Attorney
DC Bar No. 1023315
555 4th Street, N.W.
Washington, D.C. 20001
(202) 252-6841
andrew.floyd@usdoj.gov