Rev 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL - 9 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA            )
                                    )
          vs.                       )     Criminal Case No.: 19-151
                                    )
                                    )
JACOB WALLACE                       )
                                    )
                                    )

## WAIVER OF INDICTMENT

I, _____JACOB WALLACE_____, the above-named defendant, who is accused of

Destruction of Government Property - 13 U.S.C. § 1361

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____July 9, 2019_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____     Date: _____07/09/19_____
THOMAS F. HOGAN
United States District Judge