**United States District Court**
**Middle District of Tennessee**

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7396



E-Mail: Joyce_A_Brooks@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

19-cr-151-JFH

October 8, 2020

Clerk
U.S. District Court
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 1225
Washington, DC 20001

Re: TRANSMISSION OF RULE 5 DOCUMENTS
    USA v. Jacob Wallace
    District of Columbia Case No. 0090 1:19CR00151-001
    Middle District of Tennessee Case No. 3:20-mj-2537

Dear Clerk:

Enclosed please find certified copies of Rule 5 paperwork for the above-reference case.

Sincerely,

Joyce A. Brooks
Criminal Docketing Supervisor

Enclosures

cc: U. S. Marshal Service

RECEIVED
Mail Room
OCT 19 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

*ATTEST AND CERTIFY A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: [signature]
Deputy Clerk*

| UNITED STATES OF AMERICA | ) |
|---|---|
| V. | ) |
|  | ) Case No. 0090 1:19CR00151-001 |
| Jacob Wallace | ) |
|  | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Jacob Wallace,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
See attached petition.

*RECEIVED Mail Room OCT 19 2020*
*Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia*

Date:  June 10, 2020

_____
Issuing Officer's Signature

City and State: Washington, DC

Thomas F. Hogan, U.S. District Judge
Printed Name and Title

### Return

This warrant was received on (date) 10/07/2020, and the person was arrested on (date) 10/07/2020
at (city and state) Nashville, TN.

Date: 10/07/2020

_____
Arresting Officer's Signature

Michael Etheridge, DUSM
Printed Name and Title

MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. Jacob Wallace _____, No. 3:20-mj-2537

ATTORNEY FOR GOVERNMENT: Rob McGuire

ATTORNEY FOR DEFENDANT: ~~Wasassassa~~ Mariah Wooten   (AFPD)   Panel   Retained

PRETRIAL SERVICES/PROBATION OFFICER: Andrea Testa

INTERPRETER NEEDED?   YES   (NO)   LANGUAGE/INTERPRETER: _____
☐ PRESENT   ☐ ON TELEPHONE

☒ INITIAL APPEARANCE   ☐ ON A SUMMONS   ☒ ARRESTED ON: 10.7.20
   DEFENDANT HAS A COPY OF:
   ☐ Complaint  ☐ Indictment  ☐ Information  ☒ Supervised Release Pet.  ☐ Other _____
   ☒ Defendant advised of the charges and the maximum penalties
   ☐ Defendant has a copy of notice of rights
   ☒ Defendant advised of right to counsel                     ☐ Counsel retained
   ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed   ☒ FPD Appointed
   ☐ Defendant advised of right to silence
   ☐ Defendant advised of right to Consular notification
   ☒ Government motion for detention
   ☐ Defendant temporarily detained                            ☐ ICE detainer on defendant
   ☐ Defendant waived detention hearing                        ☐ Defendant reserved right to hearing in future
   ☐ Defendant to remain in Federal custody                    ☐ Defendant to be returned to State custody
   ☐ Defendant advised of right to preliminary hearing         ☐ Defendant waived preliminary hearing
   ☐ Defendant ordered to psychological/psychiatric evaluation
   ☐ Defendant to remain on current conditions of supervised release
   ☐ Defendant released on:
      ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
      ☐ Appearance bond in the amount of: _____
      ☐ Property bond [description of property]: _____
      ☐ Performance bond [as set out in conditions of release]
   ☒ RULE 5 - Defendant advised of right to identity hearing      ☒ Defendant waived identity hearing
   ☒ RULE 5 - Defendant reserved right to have preliminary hearing in District of Prosecution
   ☒ RULE 5 - Defendant elected to have detention hearing in District of Prosecution
   ☒ RULE 5 - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER

☐ PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO: _____

☐ GRAND JURY WAIVED IN OPEN COURT      [Defendant sworn and advised of rights by Court]

☐ ARRAIGNMENT
   ☐ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
   ☐ Defendant waives reading thereof        ☐ Indictment/Information read to defendant by Judge
   PLEA: ☐ GUILTY   ☐ NOT GUILTY            ☐ Defendant intends to plead guilty and case referred to DJ

DATE: 10.7.20                TOTAL TIME: 13 minutes
BEGIN TIME: 3:30 pm          END TIME: 3:43 pm
*Digitally Recorded*

Form Revised 2/9/2018

*Attest and certify a true copy — U.S. District Court Clerk, Middle District of Tennessee, By: ___ Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 20-mj-2537 |
| | ) |
| JACOB WALLACE | ) |

**ORDER**

On the basis of Defendant's affidavit in this cause, the Court determines that Defendant:

☐    is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

X    is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

X    is financially unable to pay the fee of any witness and pursuant to Rule 17(b), of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that Defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

☐    Upon Motion of the Government, the Court may order repayment or partial repayment from Defendant for the attorney and witness fees for these services should it appear Defendant has such ability at a later time.

It is so ORDERED.

Dated:    October 8, 2020

                                     JEFFERY S. FRENSLEY
                                     United States Magistrate Judge

cc:    United States Attorney
       Federal Public Defender
       United States Probation
       United States Marshal

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

*ATTEST AND CERTIFY A TRUE COPY* — Clerk, U.S. District Court, Middle District of Tennessee, By: /s/ JM, Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:20-mj-2537 |
| | ) | |
| Jacob Wallace | ) | Charging District's Case No. 1:19-cr-00151 |
| *Defendant* | ) | |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* __District of Columbia__.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: __10/7/2020__   __/s/ JW__
   *Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JACOB WALLACE | ) | Case No.  3:20-MJ-2537 |
| | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.  1:19-CR-00151-1 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Columbia                ,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language: _____.

The defendant:   ☐ will retain an attorney.
                 ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  10/07/2020                              _____
                                                *Judge's signature*

                                               Jeffery S. Frensley, United States Magistrate Judge
                                                *Printed name and title*

ATTEST AND CERTIFY A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: sm
Deputy Clerk

**U.S. District Court**
**Middle District of Tennessee (Nashville)**
**CRIMINAL DOCKET FOR CASE #: 3:20-mj-02537 All Defendants**
**Internal Use Only**

Case title: USA v. Wallace

Date Filed: 10/07/2020
Date Terminated: 10/08/2020

*ATTEST AND CERTIFY A TRUE COPY — Clerk, U.S. District Court, Middle District of Tennessee, By Jm, Deputy Clerk*

Assigned to: Magistrate Judge Jeffery S. Frensley

### Defendant (1)

**Jacob Wallace**
*Rule 5 to the District of Columbia*
TERMINATED: 10/08/2020

represented by **Mariah A. Wooten**
Federal Public Defender's Office (MDTN)
810 Broadway
Suite 200
Nashville, TN 37203
(615) 736-5047
Email: mariah_wooten@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

*RECEIVED Mail Room OCT 19 2020 Angela D. Caesar, Clerk of Court, U.S. District Court, District of Columbia*

**Highest Offense Level (Terminated)**
None

**Complaints**
18:3583 Supervised release violation

**Disposition**

### Plaintiff

**USA**

represented by **Robert E. McGuire**
U.S. Attorney's Office (Nashville Office)
Middle District of Tennessee
110 Ninth Avenue, S
Suite A961
Nashville, TN 37203-3870
(615) 401-6607
Email: robert.mcguire@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Assistant US Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 10/07/2020 | 1 | Warrant issued in the District of Columbia on 6/10/2020 returned executed in this District on 10/7/2020 as to Jacob Wallace. (jb) (Entered: 10/08/2020) |
|---|---|---|
| 10/07/2020 | | Arrest (Rule 5) of Jacob Wallace. (jb) (Entered: 10/08/2020) |
| 10/07/2020 | 2 | Minute Entry for proceedings held before Magistrate Judge Jeffery S. Frensley: Initial Appearance in Rule 5(c)(3) Proceedings as to Jacob Wallace held on 10/7/2020. Deft appeared with appointed counsel Mariah A. Wooten. Deft waived identity hearing. Deft reserved right to preliminary hearing in District of Prosecution. Deft elected to have detention hearing in District of Prosecution. (jb) (Entered: 10/08/2020) |
| 10/07/2020 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jacob Wallace. Signed by Magistrate Judge Jeffery S. Frensley on 10/7/2020. (jb) (Entered: 10/08/2020) |
| 10/07/2020 | 4 | WAIVER of Rule 32.1 Hearing by Jacob Wallace. (jb) (Entered: 10/08/2020) |
| 10/07/2020 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Jacob Wallace. Defendant committed to the District of Columbia. Signed by Magistrate Judge Jeffery S. Frensley on 10/7/2020. (jb) (Entered: 10/08/2020) |
| 10/08/2020 | 6 | Rule 5(c)(3) Documents Transmitted as to Jacob Wallace to the District of Columbia. (jb) (Entered: 10/08/2020) |
| 10/08/2020 | 🔒 | (Court only) ***Case closed. (jb) (Entered: 10/08/2020) |